|  |  |
|---|---|
| MOSHE SEGEV, | CASE NO.   07cv 903-L (JMA) |
| Petitioner, | **SCHEDULING ORDER** |
| v. |  |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; PAUL M. PIERRE, [Acting] District Director, San Diego U.S. Citizenship and Immigration Services Field Office; |  |
| Respondents. |  |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

On May 21, 2007, Petitioner filed a Complaint for Mandamus Relief based on Respondents' alleged delayed processing of his I-400 Application for Naturalization ("Petition").  Having reviewed the Petition and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1.  Respondents shall file and serve a responsive memorandum not later than **June 29, 2007**.  The response shall include any and all documents, including affidavits, if any, relevant to the determination of the issues raised by the Petition.

2.  If Petitioner wishes to reply to Respondents' responsive memorandum, a reply must be filed not later than **July 20, 2007** together with any documents, including affidavits, if any, relevant to the determination of the issues raised by the Petition and Response.

07cv903

3. Upon the filing of the foregoing, the parties shall await the further order of this Court.

4. The Clerk of Court shall serve a copy of the Petition together with a copy of this Order on the United States Attorney or an authorized representative at 880 Front Street, Room 6293, San Diego, CA 92101.

**IT IS SO ORDERED.**

DATED: May 25, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

Hon. Jan M. Adler,
United States Magistrate Judge

Office of United States Attorney,
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101

All parties/counsel