UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSHE SEGEV,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department Of Homeland Security; PAUL M. PIERRE, Acting District Director, San Diego U.S. Citizenship and Immigration Services Field Office,<br><br>    Respondents. | Case No. 07cv0903- L (JMA)<br><br>ORDER GRANTING JOINT MOTION TO REMAND |

The parties' Joint Motion to Remand Application of Petitioner filed August 14, 2007 is hereby **GRANTED**. The naturalization application of Petitioner MOSHE SEGEV is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of his naturalization application without unreasonable delay. Petitioner is granted leave to amend his Complaint for Mandamus Relief no later than sixty days after this order is filed.

**It is so ordered.**

DATED: August 15, 2007

                                                M. James Lorenz<br>                                                United States District Court Judge